**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**RECHARD F. CORLEY,**

          **Plaintiff,**          **:**

                      **Case No. 2:25-cv-1051**

      **v.**                   **Judge Sarah D. Morrison**

                      **Magistrate Judge Caroline H.**
                      **Gentry**

**STATE OF OHIO,**

                      **:**

          **Defendant.**

## ORDER

Rechard F. Corley, a pretrial detainee at the Franklin County Corrections Center, has filed a *pro se* Petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1). His Petition is related to criminal charges pending against him in Franklin County Common Pleas Case Nos. 2024 CR 5943 and 2023 CR 2397. (*See id.* at PAGEID # 2). Mr. Corley raises several alleged constitutional violations in the state-court proceedings, including claims for excessive bail and speedy trial violations.

On November 12, 2025, the Magistrate Judge issued a Report and Recommendation, recommending that the Court dismiss the petition without prejudice to refiling after Mr. Corley exhausted all available state court remedies. (R&R, ECF No. 40.) Mr. Corley filed Objections to the R&R. (Objs., ECF No. 48.)

If a party objects within the allotted time to a report and recommendation, the Court "shall make a *de novo* determination of those portions of the report or

specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b). Upon review, the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

After a careful review of the Petition, the R&R, the Objections, and Mr. Corley's other filings, the Objections are **OVERRULED**. The Court **ADOPTS** the Magistrate Judge's R&R (ECF No. 40).

1. Mr. Corley's petition for a writ of habeas corpus is hereby **DISMISSED without prejudice** to refiling after he has exhausted all available state court remedies.

2. A certificate of appealability will not be issued because Mr. Corley has not made a substantial showing of the denial of a constitutional right that is remediable at this juncture in this proceeding.

3. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that, with respect to any application by Mr. Corley to proceed on appeal *in forma pauperis*, an appeal of this Order would not be taken in "good faith," and therefore the Court **DENIES** Mr. Corley leave to appeal in forma pauperis.

The Clerk is **DIRECTED** to **TERMINATE** this case from the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**